## MERIT DECISIONS WITHOUT OPINIONS

2010–1609.　In re Broom.
In Habeas Corpus. On petition for writ of habeas corpus of Romell Broom. Sua sponte, cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

2010–1779.　R2H, L.L.C. v. E-POCH Properties, L.L.C.
Cuyahoga App. No. 95496. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of execution and motion to compel discovery,

It is ordered by the court that the motion is denied.

## MISCELLANEOUS ORDERS

2002–1380.　Disciplinary Counsel v. Brown.
This cause came on for further consideration upon the filing of a motion for an order to appear and show cause by relator. On November 15, 2010, respondent filed a motion for appointment of counsel and a request that any hearing in this matter be held in Cleveland, Ohio. Upon consideration thereof,

It is ordered by this court that respondent's motion and request are denied.

O'DONNELL, J., dissents as to the denial of the motion to appoint counsel.

2008–0412.　Cincinnati Bar Assn. v. Moeves.
This cause came on for consideration upon relator's filing of a motion for an order to show cause and subsequent filing of a notice that the respondent was hospitalized during the time for filing a response to the motion. Upon consideration thereof,

The respondent, Patrick F. Moeves, is ordered to file a response to the motion for order to show cause on or before ten days from the date of this order. Relator, the Cincinnati Bar Association, may file any additional information regarding the respondent's hospitalization status on or before ten days from the date of this order.

2008–1573.　Disciplinary Counsel v. Brown.
This cause came on for further consideration upon the filing of a motion for an order to appear and show cause by relator. On November 8, 2010, respondent filed a motion for appointment of counsel and a request that any hearing in this matter be held in Cleveland, Ohio. Upon consideration thereof,

It is ordered by this court that respondent's motion and request are denied.

O'DONNELL, J., dissents as to the denial of the motion to appoint counsel.

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

2010–1042.　State ex rel. Neofotistos v. Indus. Comm.
Franklin App. No. 09AP–712, 2010-Ohio-2065.

2010–1312.　In re Monogudis.
Cuyahoga App. No. 92988, 2010-Ohio-2087.

2010–1400.　State ex rel. Lundeen v. Ryan.
Franklin App. No. 08AP–601.

2010–1536.　State ex rel. O'Shea & Assoc. Co., L.P.A. v. Cuyahoga Metro. Hous. Auth.
Cuyahoga App. No. 93275, 2010-Ohio-3416.